# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**ARTHUR W. ESTRADA**
**REG. #14483-064**                                                             **PETITIONER**

**v.**                      **CASE NO. 2:10CV00165 BSM/JTR**

**T.C. OUTLAW,**
**Warden, FCI Forrest City**                                         **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE.

Dated this 12th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE